UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re:<br><br>Kimberly Kay Berscheid,<br><br>    Debtor. | Case No. 24-50679<br><br>Chapter 7 |
| Eugene Gerald Walcheski,<br><br>    Plaintiff,<br><br>v.<br><br>Kimberly Kay Berscheid,<br><br>    Defendant. | Adv. Proc. No. 25-05002 |

**ORDER**

This matter came before the Court on April 8, 2025 on the Plaintiff's Amended Motion for Default Judgment. ECF No. 10. At the hearing, appearances were made by Ross Montgomery for the Plaintiff and Kimberly Kay Berscheid, pro se.

For the reasons stated on the record,

**IT IS ORDERED:**

1. The motion is DENIED.

**BY THE COURT:**

Dated: April 8, 2025

s/ William J. Fisher
William J. Fisher
United States Bankruptcy Judge